1 | **MAYALL HURLEY P.C.**
**JOHN P. BRISCOE (SBN: 273690)**
2 | jbriscoe@mayallaw.com
**2453 Grand Canal Boulevard**
3 | **Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
4 | **Facsimile: (209) 473-4818**

**Attorneys for Plaintiff Raoof Abdul Sayad**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAOOF ABDUL SAYAD, an individual,** | Case No.: 2:21-cv-01579-KJM-DB |
| Plaintiff; | **STIPULATED ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| **PEGASUS AVIATION SERVICES, LLC;** | |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff Raoof Abdul Sayad ("Plaintiff") and Defendant Pegasus Aviation Services, LLC ("Defendant") that Plaintiff shall have leave to file the First Amended Complaint attached hereto as **Exhibit A**. The parties further stipulate and agree that Defendant shall have 30 days from the date the First Amended Complaint is filed by the Clerk to file a responsive pleading.

///

///

///

1 | **DATED:** April 26, 2022 | **MAYALL HURLEY P.C.**

2

3 | By ___*/s/ John P. Briscoe*___
JOHN P. BRISCOE

4 | Attorneys for Plaintiff
RAOOF ABDUL SAYAD

5

6 | **DATED:** April 26, 2022 | **THE KULLMAN FIRM**

7

8 | By ___*/s/ Heather D. Hearne*___
HEATHER D. HEARNE
Attorneys for Defendant

9 | PEGASUS AVIATION SERVICES, LLC

**ORDER**

Having reviewed the terms of the parties' stipulation, and for good cause showing, IT IS HEREBY ORDERED that plaintiff may file his First Amended Complaint within seven days. Defendant's responsive pleading will be due within thirty days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

DATED: May 3, 2022.

CHIEF UNITED STATES DISTRICT JUDGE